**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RED BEAR PROPERTYS, LLC,<br><br>　　　　　Defendant. | Case No. CV 23-6626-DMG (PVCx)<br><br>**JUDGMENT** |

This Court having granted Plaintiff Colton Bryant's motion for default judgment by Order dated May 29, 2024,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendant Red Bear Propertys', LLC in the amount of $1,957.00, consisting of $1,555.00 in attorneys' fees and $402 in litigation costs. Defendant is **ORDERED** to provide an accessible parking space and entrance at the restaurant located at 1902 S. Pacific Ave., San Pedro, CA, in compliance with the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*

DATED: May 29, 2024

*[signature]*
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE